# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| MGC Roofing and Construction, Inc. | ) ASBCA Nos. 60953, 60954, 60955 |
| | ) 60956, 60957, 60958 |
| | ) 60959, 60960, 60961 |
| | ) 60962, 60963, 60964 |
| | ) 60965 |
| | ) |
| Under Contract No. W91247-10-D-0005 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. Michael Levine
    CEO

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    MAJ Deidre K. Baker, JA
    Trial Attorney

## ORDER OF DISMISSAL

The appeals have been withdrawn. Accordingly, they are dismissed from the Board's docket.

Dated: 9 February 2017

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60953, 60954, 60955, 60956, 60957, 60958, 60959, 60960, 60961, 60962, 60963, 60964, 60965, Appeals of MGC Roofing & Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals